

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

## No. 07-25-00023-CR

---

**MARCUS ANTONIO ZUNIGA, APPELLANT**

**V.**

**THE STATE OF TEXAS, APPELLEE**

---

On Appeal from the 242nd District Court
Hale County, Texas
Trial Court No. B21737-2103, Honorable Kregg Hukill, Presiding

---

April 25, 2025

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Marcus Antonio Zuniga, appeals from the trial court's judgment adjudicating him guilty of the offense of burglary of a habitation[1] and sentencing him to ten years of confinement. Pending before this Court is Appellant's motion seeking to voluntarily dismiss the appeal. The motion to dismiss is signed by both Appellant and his attorney. *See* TEX. R. APP. P. 9.1(c), 42.2(a). As no decision of the Court has been

---

[1] *See* TEX. PENAL CODE ANN. § 30.02(c)(2).

delivered, the motion is granted and the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.